# UNITED STATES DISTRICT COURT
for the

District of South Dakota

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To: Payward Interactive, Inc.
106 E. Lincoln Way, 4th Floor, Cheyenne, WY  82001

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Sioux Falls Grand Jury<br>400 S. Phillips Avenue, Sioux Falls, SD 57104 | Date and Time:<br>12/05/2024 9:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
See Redacted Attachment.

Date: October 8, 2024



CLERK OF COURT

*Matthew Thelen*
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Mark Hodges
325 S. 1st Ave   Suite 300  Sioux Falls,  SD  57104
605-330-4400
mark.hodges@usdoj.gov
Cecile Reynolds - cecile.reynolds@usdoj.gov - Legal Assistant Specialist

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of South Dakota

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Payward Interactive, Inc.
106 E. Lincoln Way, 4th Floor, Cheyenne, WY 82001

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Sioux Falls Grand Jury<br>400 S. Phillips Avenue, Sioux Falls, SD 57104 | Date and Time:<br>12/05/2024 9:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
See Attachment.

Date: October 8, 2024



CLERK OF COURT

*Matthew Thelen*
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Mark Hodges
325 S. 1st Ave   Suite 300   Sioux Falls, SD  57104
605-330-4400
mark.hodges@usdoj.gov
Cecile Reynolds - cecile.reynolds@usdoj.gov - Legal Assistant Specialist